**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT CINCINNATI, | : | |
| Plaintiff, | : | CASE NO. 2:20-cv-05231 |
| v. | : | CHIEF JUDGE ALGENON L. MARBLEY |
| LOUIS DEJOY, Postmaster General, United States Postal Service, | : | MAGISTRATE JUDGE KIMBERLEY A. JOLSON |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

Upon consultation and consent of the parties, counsel for Plaintiff, Robert Cincinnati, and counsel for Defendant, the Postmaster General of the United States Postal Service, hereby dismiss this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice.  Each party shall bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| KENNETH L. PARKER<br>United States Attorney | ERIC HOLLOWAY LAW GROUP, LLC |
| /s/Christopher R. Yates<br>CHRISTOPHER R. YATES (0064776)<br>MICHAEL J.T. DOWNEY (IL 6312701)<br>Assistant United States Attorneys<br>303 Marconi Boulevard, Suite 200<br>Columbus, Ohio 43215<br>(614) 469-5715<br>christopher.yates@usdoj.gov<br>michael.downey@usdoj.gov | /s/J. Eric Holloway<br>J. ERIC HOLLOWAY (0063857)<br>5650 BLAZER PARKWAY, SUITE 100<br>Dublin, Ohio 43017<br>(614) 526-8552<br>Eric@EricHollowayLaw.com<br><br>*Counsel for Plaintiff, Robert Cincinnati* |
| *Counsel for Defendant, Postmaster General of the United States Postal Service* | |